UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARENGO AT FIDDLER'S CREEK
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,
v.                                         Case No. 2:20-CV-00973-JLB-NPM

EMPIRE INDEMNITY INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, MARENGO AT FIDDLER'S CREEK CONDOMINIUM ASSOCIATION, INC., and Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, file this Joint Notice of Settlement to advise this Honorable Court that the parties have reached an agreement contingent upon execution of a mutually agreeable release and timely payment of the settlement funds. The parties will file the appropriate dismissal documents upon confirmation that the terms of the settlement have been performed and the settlement check has cleared the banking system.

    Respectfully submitted on June 26, 2025 by:

| | |
|---|---|
| /s/ *Kurtis Keefer* | /s/ *David J. Maldoff* |
| KURTIS JAY KEEFER | DAVID J. MALDOFF |
| Florida Bar No.: 0668011 | Florida Bar No.: 0720836 |
| STANLEY A. BUNNER, JR. | dmaldoff@butler.legal |
| Florida Bar No.: 0297010 | Butler Weihmuller Katz Craig LLP |
| AMANDA BROADWELL | 400 N. Ashley Drive, Suite 2300 |
| Florida Bar No.: 111388 | Tampa, Florida 33602 |
| | Secondary: hkerr@butler.legal |

| | |
|---|---|
| Goede, DeBoest & Cross, PLLC | Telephone:  (813) 281-1900 |
| 6609 Willow Park Drive, Suite 201 | Facsimile:   (813) 281-0900 |
| Naples, FL 34109 | *Counsel for Defendant* |
| (239) 331-5100 – Telephone | |
| (239) 260-7677 – Facsimile | |
| kkeefer@keeferlaw.com | |
| sbunner@gadclaw.com | |
| abroadwell@gadclaw.com | |
| jdelgado@gadclaw.com | |
| *Attorneys for Plaintiff* | |